**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IDRISS ZAKARIA ISSA,<br>Petitioner,<br>v.<br>WARDEN JEREMY CASEY, Imperial Regional Detention Facility, et al.,<br>Respondent. | Case No.: 26-cv-6518-BJC-DDL<br>**ORDER DISMISSING PETITION AS MOOT** |

On November 16, 2026, Petitioner Idriss Zakaria Issa, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 requesting his immediate release from custody. ECF No. 1. Petitioner previously filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in this Court requesting his immediate release. *See Issa v. Mullin*, 26-cv-2117-BJC-DDL, ECF No. 1. On November 9, 2026, the Court granted the Petition and ordered that Respondents immediately release Petitioner from custody. ECF No. 11. The current Petition requests the same relief as this Court granted in the prior Petition, therefore, the present Petition is moot. Compare 26-cv-2117-BJC-DDL ECF No. 1 with 26-cv-6518-BJC-DDL ECF No. 1.

Moreover, Petitioner did not pay the $5.00 filing fee and has not moved to proceed

*in forma pauperis* ("IFP") in the present case, which requires dismissal. *See* Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), Habeas Rule 3(a).[1]

For the foregoing reasons, the Petition is DISMISSED as moot.

**IT IS SO ORDERED**

Dated: November 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge

[1] A habeas petition brought pursuant to 28 U.S.C. § 2241 is subject to the same fee requirement as a habeas petition brought pursuant to 28 U.S.C. § 2254. *See* Habeas Rule 1(b) (providing that district courts may apply the Habeas Rules to habeas petitions not brought pursuant to 28 U.S.C. § 2254).